IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**         April 18, 2001

BEFORE HONORABLE JUDGE ROBERT J. WARD

| | | |
|---|---|---|
| IN RE: RIO PIEDRAS EXPLOSION LITIGATION | * | CIVIL CASE 96-2443(CCC) |
| | * | |
| MARIA TERESA OTERO-SOTO, ET AL | * | CIVIL CASE 96-2526(CCC) |
| | * | 97-1153 (CCC) |
| Plaintiffs | | 97-1172 (CCC) |
| | * | 97-1770 (CCC) |
| vs. | | 97-1957 (CCC)✓ |
| | * | 97-2596 (CCC) |
| | | 97-2668 (CCC) |
| ENRON CORPORATION, ET AL | * | 97-2712 (CCC) |
| | | 97-2721 (CCC) |
| | | 97-2735 (CCC) |
| Defendants | * | 99-1255 (CCC) |

By order of the Court, a **status conference** will be held before the Honorable Robert J. Ward, U.S. District Judge on **April 30, 2001 at 9:00AM.**

_____
Courtroom Deputy Clerk